**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES *ex rel.* | ) | |
| | ) | |
| HEATHCOTE HOLDINGS CORP., INC., | ) | No. 1:10-cv-342 |
| | ) | |
| Plaintiff, | ) | Hon. William T. Hart |
| | ) | |
| v. | ) | Magistrate Martin C. Ashman |
| | ) | |
| CRAYOLA LLC; and HALLMARK CARDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS CRAYOLA LLC AND HALLMARK CARDS, INC.'S
MOTION TO STAY PENDING RESOLUTION OF
*STAUFFER v. BROOKS BROTHERS, INC.*__**

Defendants Crayola LLC and Hallmark Cards, Inc. (collectively, "Defendants") respectfully move to stay this action pending the Federal Circuit's decision in *Stauffer v. Brooks Brothers, Inc.*, Fed. Cir. Dkt. 2009-1428, which will determine a central and disputed issue in this case: the subject matter jurisdiction of this Court over plaintiff Heathcote Holdings Corp., Inc.'s *qui tam* false patent marking claims. Defendants request that all proceedings be stayed until the Federal Circuit's ruling in Stauffer, with Defendants' time to answer or otherwise respond to the complaint re-set to twenty-one days after the Federal Circuit's *Stauffer* ruling. If this motion is denied, Defendants request an extension of their time to answer or otherwise respond to the complaint until twenty-one days from this Court's ruling on the present motion to stay[1]. For the reasons

---

[1] Courts have recognized motions to stay as appropriate pre-trial motions that may be filed prior to a Rule 12 motion. *See Aetna Life Ins. Co. v. Alla Med. Servs., Inc.*, 855 F.2d 1470, 1475 (9th Cir. 1988) (motion to stay is not a Rule 12 motion and hence is not subject to Rule 12(g)'s restrictions on multiple Rule 12 motions); *Continental Cas. Co. v. Marsh*, No. 01-160, 2002 WL 31870531, at *2-3 (N.D. Ill. Dec. 23, 2002) (same); *Smith v. Pay-Phone Sys., Inc.*, 627 F. Supp. 121, 122 (N.D. Ga. 1985) (motions to dismiss are the type of pre-answer motions not provided for in the Federal Rules but traditionally entertained by federal courts). In the event that this motion to stay is denied, however, defendants seek an extension of time in which to answer or otherwise plead in response to the complaint, which would include filing a motion under Rule 12.

stated in their supporting memorandum, Defendants respectfully request that the motion to stay be granted.

Respectfully submitted,

March 22, 2010

/s/ Jason C. White
Jason C. White
HOWREY LLP
321 N. Clark St.
Suite 3400
Chicago, Illinois 60654
whitej@howrey.com
(312) 595-1239

*Attorney for Defendants*
*Crayola LLC and Hallmark Cards, Inc.*

**CERTIFICATE OF SERVICE**

I, Jason C. White, hereby certify that on March 22, 2010, I caused a copy of the attached Defendants Crayola LLC and Hallmark Cards, Inc.'s Motion to Stay Pending Resolution of *Stauffer v. Brooks Brothers, Inc.* to be served upon counsel of record as follows:

By CM/ECF Electronic Notification:

Matthew S. Miller
LAW OFFICES OF MATTHEW S. MILLER, LTD.
111 W. Washington
Suite 1100
Chicago, Illinois  60602

Richard J. Prendergast
Michael T. Layden
RICHARD J. PRENDERGAST, LTD.
111 W. Washington
Suite 1100
Chicago, Illinois 60602

*Attorneys for Plaintiff Heathcote Holdings Corp., Inc.*

/s/ Jason C. White