# United States District Court, Northern District of Illinois

MHH

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 10 C 0342 | DATE | 7/14/2010 |
| CASE TITLE | U.S. ex rel. HEATHCOTE HOLDINGS CORP, INC. v. CRAYOLA LLC and HALLMARK CARDS, INC. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for Leave to File a Supplemental Memorandum of Law in Support of Their Pending Motion to Stay [23] is denied without prejudice as moot.

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|