# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Heathcote Holdings Corp., Inc.

                        Plaintiff,

v.                                          Case No.: 1:10–cv–00342

                                                         Honorable William T. Hart

Crayola LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2010:

      MINUTE entry before Honorable William T. Hart:Status hearing held. Plaintiff's motion to lift stay [28] is granted. Stay is lifted. Motion to dismiss will be filed by 10/21/2010; response due by 11/4/2010; reply due by 11/12/2010; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.